# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUTZ SURGICAL PARTNERS PLLC, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> AETNA INC., *et al.*, <br><br> Defendants. | Civil Action No. 15-cv-2595-ZNQ-TJB <br><br> **NOTICE OF MOTION TO DISMISS AMENDED COUNTERCLAIMS** <br><br> Filing Date: January 18, 2022 <br> Motion Date: February 22, 2022 |

**PLEASE TAKE NOTICE** that on February 22, 2022, or as soon thereafter as counsel can be heard, Plaintiff, by and through the undersigned counsel, will move before the Honorable Zahid N. Quraishi, U.S.D.J., for entry of an Order pursuant to Fed. R. Civ. P. 12 granting Plaintiffs' Motion to Dismiss Amended Counterclaims.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiff will rely upon the Memorandum of Law in Support of Plaintiffs' Motion, and the Declaration of Andrew N. Goldfarb and all exhibits thereto.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff submit herewith a Proposed Order pursuant to L. Civ. R. 7.1(c).

Dated: January 18, 2022                             Respectfully submitted,

s/ John W. Leardi
Vincent N. Buttaci                                  D. Brian Hufford
John W. Leardi                                      Jason S. Cowart
Paul D. Werner                                      **ZUCKERMAN SPAEDER LLP**
**BUTTACI LEARDI & WERNER, LLC**                    485 Madison Avenue, 10th Floor
212 Carnegie Center, Suite 202                      New York, NY 10022
Princeton, NJ 08540                                 (212) 704-9600
(609) 799-5150

Anthony F. Maul                                     Andrew N. Goldfarb
**THE MAUL FIRM, P.C.**                             **ZUCKERMAN SPAEDER LLP**
101 Broadway, Suite 3A                              1800 M Street, Suite 1000
Oakland, CA 94607                                   Washington, DC 20036
(510) 496-4477                                      (202) 778-1800

*Attorneys for Plaintiff*